___ FILED ___ ENTERED
___ LODGED ___ RECEIVED

NOV 1 2013

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

In the Matter of the Search of  APPLICATION AND AFFIDAVIT
(name, address or brief description of person or property to be searched)
FOR SEARCH WARRANT

United States Postal Service Express Mail Parcel     Case No: 13-2372 BPG

with tracking number:

| (E) EI777968280US |
|---|

I, Douglas Henegar, being duly sworn depose and say: I am a U.S. Postal Inspector, and have reason to believe that in the parcels more fully described in **Section I of the Attached Affidavit,** in the District of Maryland there is now concealed certain property, namely a controlled substance and/or material relating to the distribution of controlled substances, which are contraband, fruits, evidence of and instrumentalities of alleged crime(s) in violation of Title 21 U.S.C. § 841(a)(1), 843(b), and 846, et seq.

The facts to support the issuance of a Search Warrant are as follows: See attached Affidavit

- continued on the attached sheet and made a part hereof.   x Yes ___ No

_____
Douglas Henegar
United States Postal Inspector

Sworn to before me, and subscribed in my presence

_10-3-13_ at Baltimore, Maryland
Date

_____
Beth P. Gesner
United States Magistrate Judge

## ATTACHMENT A

### DESCRIPTION OF PARCELS TO BE SEARCHED

| Subject Parcel | Express (E) or Priority (P) and Tracking ID number | From: Name and Address | To: Name and Address |
|---|---|---|---|
| 1. | (E) EI777968280US | Martha William<br>1128 Monroe Ave<br>Las Vegas, NV 89106 | Birthday Party for Katie<br>47907 Jordan Park Blvd.<br>Forestville, MD 20747 |